without costs. Appeal ordered added to non-enumerated calendar at the present term of court, to be argued on third Friday.

In re KIRCHER. In re F. W. SEAGRIST, JR., CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Louis H. Kircher and the F. W. Seagrist, Jr., Co. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

KLIGER, Appellant, v. ROSENFELD et al., Respondents. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Max Kliger against Samuel Rosenfeld and others. L. H. Levin, for appellant. L. Johnston, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 115 App. Div. 898, 101 N. Y. Supp. 1127; 118 App. Div. 911, 103 N. Y. Supp. 1131; 122 App. Div. 893, 106 N. Y. Supp. 1134; 130 App. Div. 421, 879, 899, 114 N. Y. Supp. 1006, 1133, 1152.

KLINE BROS. CO., Appellant, v. HANOVER FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by the Kline Bros. Company against the Hanover Fire Insurance Company. F. M. Czaki, for appellant. E. J. Nathan, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to withdraw demurrer on payment of costs. Order filed.

KOCH et al. v. RUBIN et al. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Christian F. Koch and others against Sali Rubin and another. No opinion. Motion denied, without costs. See, also, 122 N. Y. Supp. 1133.

KOEPPEL, Appellant, v. JACOBSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by George Koeppel against Charles Jacobson and others.

PER CURIAM. Judgment of the County Court of Queens county, in so far as the complaint is dismissed as against the defendant Eagle Savings & Loan Company, affirmed, with costs, and, in so far as it dismisses the complaint as against the defendant Jacobson, reversed, and new trial ordered, costs to abide the event, on which trial the plaintiff may seek to establish his right to a personal judgment as against the defendant Jacobson.

KONIG, Appellant, v. HECLA IRON WORKS, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Pauline Konig, as administratrix, etc., of George Konig, deceased, against the Hecla Iron Works. No opinion.

Order affirmed, with $10 costs and disbursements. See, also, 136 App. Div. 921, 120 N. Y. Supp. 1131.

KRAEUTER & CO., inc., Respondent, v. IRONCLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Kraeuter & Co., Incorporated, against the Ironclad Manufacturing Company. (Action No. 1.) No opinion. Motion to dismiss appeal granted, with costs. See, also, infra.

KRAEUTER & CO., inc., Respondent, v. IRONCLAD MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Kraeuter & Co., Incorporated, against the Ironclad Manufacturing Company. (Action No. 2.) No opinion. Motion to dismiss appeal granted, with costs. See, also, supra.

In re KURSHEEDT. (Supreme Court, Appellate Division, First Department. May 27, 1910.) In the matter of Manuel A. Kursheedt. No opinion. Reference ordered. Settle order on notice.

LAHEY, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Mary Lahey against the Metropolitan Life Insurance Company. No opinion. Motion granted, with costs.

LANNING, Respondent, v. TRUST CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by John E. Lanning, as receiver, against the Trust Company of America. H. W. Alden, for appellant. J. M. Hartfield, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 137 App. Div. 722, 122 N. Y. Supp. 485.

LAVERY et al., Respondents, v. GRAPOTTE, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Alice Lavery and another against George A. Grapotte. No opinion. Judgment affirmed, with costs.

In re LEAMAN et al. In re VALENTINE AVE. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Leonard Leaman and others, and in the matter of Valentine Avenue. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LO MONACO, Appellant, v. MURPHY CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by Casparo Lo Monaco against the Murphy Construction Company. J. M. Grossman, for appellant. F. V. John-